UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES AGUIAR,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>DAVID SHINN,<br><br>　　　　　　Respondent. | Case No. EDCV 18-805-FMO (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Mandamus, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice and without leave to amend.

Dated: September 16, 2019

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　United States District Judge