JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDRES AGUIAR, | Case No. EDCV 18-805-FMO (KK) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| DAVID SHINN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 16, 2019

_____
/s/
FERNANDO M. OLGUIN
United States District Judge