JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES AGUIAR,<br><br>            Petitioner,<br><br>            v.<br><br>DAVID SHINN,<br><br>            Respondent. | Case No. EDCV 18-805-FMO (KK)<br><br>JUDGMENT |

     Pursuant to the Order (1) Granting Petitioner's Rule 60(b) Motion to Consider Objections to Report and Recommendation, and (2) Accepting Findings and Recommendation of United States Magistrate Judge Granting Respondent's Motion to Dismiss,

     IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 7, 2019

                                                          /s/
                                        FERNANDO M. OLGUIN
                                        United States District Judge